

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

In re Phillip Sanders,                    * Original Mandamus Proceeding

No. 11-24-00109-CV                        * June 20, 2024

                                          * Opinion by Bailey, C.J.
                                            (Panel consists of: Bailey, C.J.,
                                            Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that Relator's petition for writ of mandamus should be conditionally granted. The Honorable Jeffrey Todd Robnett is directed to vacate the trial court's order denying the motion to withdraw deemed admissions. Likewise, we direct the trial court to vacate that portion of its order on plaintiff's motion to compel and for contempt which states that "the factual allegations and legal conclusions contained within Plaintiff's First Request for Admissions shall be deemed admitted." The remainder of the trial court's order of April 2, 2024, including the order of monetary sanctions against Phillip Sanders, remains undisturbed. A writ of mandamus will issue only if Judge Robnett fails to act by July 8, 2024.